UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD SCOTT MOTE,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION, DRUG ENFORCEMENT AGENCY, UNITARIAN UNIVERSALIST CHURCH,<br><br>    Defendants. | NO. CV-05-039-RHW<br><br>**ORDER OF DISMISSAL** |

On March 11, 2005 this Court entered an Order Providing Opportunity to Amend Complaint (Ct. Rec. 7), which provided the Plaintiff sixty days to amend his complaint. The Plaintiff has failed to do so. Accordingly,

**IS HEREBY ORDERED** that:

1. The action is **DISMISSED**, pursuant to 28 U.S.C. § 1915(e)(2).

2. The District Court Executive is directed to **CLOSE THE FILE**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and to furnish copies to Plaintiff at his last known address.

**DATED** this 23rd day of May, 2005.

                              s/ ROBERT H. WHALEY
                            UNITED STATES DISTRICT JUDGE

Q:\CIVIL\2005\mote.dismiss.ord.wpd

**ORDER OF DISMISSAL** * 1